No. 1251. PEOPLE, APPELLEE, *v.* RODRÍGUEZ, APPELLANT.—
Violation of the Weights and Measures Act. Ponce. March
30, 1918. *Affirmed.*

No. 1254. PEOPLE, APPELLEE, *v.* CORTÉS, APPELLANT.—As-
sault and battery. San Juan, Section 2. April 2, 1918. *Af-
firmed.*

No. 1247. PEOPLE, APPELLEE, *v.* FUENTES, APPELLANT.—As-
sault and battery. Humacao. April 2, 1918. *Affirmed.*

No. 1760. RIVERA ET AL., APPELLEES, *v.* JIMÉNEZ CRUZ, AP-
PELLANT.—Annulment of conveyance. Humacao. April 2,
1918. *Dismissed.*

No. 1761. RIVERA ET AL., APPELLEES, *v.* JIMÉNEZ CRUZ, AP-
PELLANT.—Annulment of conveyance. Humacao. April 2,
1918. *Dismissed.*

No. 1786. DE MATA ESCOBAR, APPELLANT, *v.* GÁMBARO ET AL.,
APPELLEES.—Injunction. San Juan, Section 1. April 2, 1918.
*Dismissed.*

No. 65. EX PARTE ZAYAS, PETITIONER. — Habeas corpus.
April 4, 1918. *Petition denied.*

No. 233. CRESPO, PETITIONER, *v.* TEXIDOR, DISTRICT JUDGE,
RESPONDENT.—Certiorari. San Juan, Section 1. April 8,
1918. *Petition denied.*

No. 1733. APARICIO BROTHERS, APPELLEES, *v.* H. C. CHRIS-
TIANSON & CO., APPELLEES (CADIERNO AND GÓMEZ, APPEL-